**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 482 MAL 2020

                 Petitioner          :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

                v.                      :


DWAYNE M. MORNINGWAKE,          :

                 Respondent       :


## ORDER


**PER CURIAM**

      **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.